EDWARD FRIEDMAN, Respondent, v. JULIUS BLAUNER and Another,

Appellants.— Judgment affirmed, with costs.    No opinion.    Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.